No. 840. PIRMAN ET AL. *v.* FLORIDA STATE IMPROVEMENT COMMISSION ET AL. Supreme Court of Florida. Certiorari denied. *O. K. Reaves* for petitioners. *J. Turner Butler* for the Florida State Improvement Commission, respondent.

No. 758. NATIONAL AIRLINES, INC. *v.* SCHOLNIK. C. A. 6th Cir. Certiorari denied. MR. JUSTICE BURTON took no part in the consideration or decision of this application. *Thomas V. Koykka* and *Edward D. Crocker* for petitioner. *Ralph Rudd* for respondent.

No. 762. LYLES & LANG CONSTRUCTION CO. *v.* E. I. DU PONT DE NEMOURS & CO. ET AL.; and No. 785. E. I. DU PONT DE NEMOURS & CO. *v.* LYLES & LANG CONSTRUCTION CO. C. A. 4th Cir. Certiorari denied. MR. JUSTICE HARLAN took no part in the consideration or decision of these applications. *James F. Dreher* and *David W. Robinson* for the Lyles & Lang Construction Co. *Solicitor General Sobeloff, Assistant Attorney General Burger, Paul A. Sweeney* and *Benjamin Forman* for respondents in No. 762. *Mr. Sobeloff* for petitioner in No. 785. Reported below: 219 F. 2d 328.

No. 541, Misc. THRAILKILL ET AL. *v.* BALTIMORE & OHIO RAILROAD CO. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *J. Kenton Chapman* for petitioners. *Stephen Ailes* for respondent.

No. 93, Misc. HARTFIELD *v.* RAGEN, WARDEN. Supreme Court of Illinois. Certiorari denied. Petitioner *pro se. Latham Castle,* Attorney General of Illinois, for respondent.